USDC SCAN INDEX SHEET










```
JOEH    8/4/06    15:23
3:05-CV-00706   DUBBERT V. BARTLETT
*16*
*O.*
```

2006 AUG -3 PM 1:49

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUBBERT,<br><br>                    Plaintiff,<br>vs.<br>BARTLETT, et al.,<br><br>                    Defendant. | CASE NO. 05CV0706 BEN (AJB)<br><br>ORDER DISMISSING ACTION |

     Based on the consent of the parties, as given before this Court on July 31, 2006, this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 2, 2006

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ENTERED ON  AUG -4 2006

- 1 -

05CV0706