USDC SCAN INDEX SHEET










```
JOEH    8/8/06    10:21
3:05-CV-00706   DUBBERT V. BARTLETT
*17*
*STIPO.*
```

Received at: 12:38PM, 8/4/2006

08/04/2006 12:29 FAX                                                                 ☒002/019

FILED
06 AUG -7 PM 1:27

                                                                          DEPUTY

1  SETH ARONSON (S.B. #100153)
   AMY J. LONGO (S.B. #198304)
2  ALLAN D. JOHNSON (S.B. #217346)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, California 90071-2899
4  Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407
5
   Attorneys for Defendants Robert F. Bartlett, Lynn
6  S. Dawson, James A. Leidich, Trygve E. Myhren,
   E. William Swanson and Bruce E. Grout
7
   [Additional counsel are listed on the signature page]
8
   DANIEL L. GERMAIN (S.B. #143334)
9  ROSMAN & GERMAIN LLP
   815 Moraga Drive
10 Los Angeles, California 90049-1633
   Telephone:  (310) 440-8600
11 Facsimile:  (310) 440-8615

12 ERIC L. ZAGAR
   SCHIFFRIN & BARROWAY LLP
13 280 King of Prussia Road
   Radnor, PA 19087
14 Telephone:  (610) 667-7706
   Facsimile:  (610) 667-7056
15
   Counsel for Plaintiffs
16
                         UNITED STATES DISTRICT COURT
17
                        SOUTHERN DISTRICT OF CALIFORNIA
18

19
   RANDY DUBBERT, Derivatively on          Case No. 05-CV-706 BEN (AJB)
20 Behalf of Nominal Defendant
   ADVANCED MARKETING
21 SERVICES, INC.,
                                           STIPULATION AND [PROPOSED]
22                          Plaintiff,     ORDER RE: AUGUST 18
                                           SETTLEMENT DISPOSITION
23             v.                          CONFERENCE

24 ROBERT F. BARTLETT, STEVEN T.
   BOYLE, SANDRA MILLER
25 CHRISTIE, LYNN S. DAWSON,
   MARK J. FLOURNOY, MICHAEL J.
26 FOCHT, BRUCE E. GROUT, JAMES
   A. LEIDICH, EDWARD J.
27 LEONARD, KEVAN M. LYON,
   TRYGVE E. MYHREN, MICHAEL M.
28 NICITA, E. WILLIAM SWANSON,

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION
CONFERENCE

1  CHARLES C. TILLINGHAST, and
   ADAM R. ZOLDAN,
2
                           Defendants,
3
   -and-
4
   ADVANCED MARKETING
5  SERVICES, INC.,

6                    Nominal Defendant.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION
CONFERENCE

Received at: 12:38PM, 8/4/2006

08/04/2006 12:30 FAX                                                                    ☑004/019

1. Since March 2006, counsel for Plaintiff Randy Dubbert, counsel for Nominal Defendant Advanced Marketing Services, Inc. ("AMS"), and counsel for Defendants Robert F. Bartlett, Lynn S. Dawson, James A. Leidich, Trygve E. Myhren, E. William Swanson and Bruce E. Grout (the "Independent Directors") have been negotiating the terms of a settlement of this action in its entirety, with the assistance of a private mediator.

2. Also since March 2006, counsel for AMS and counsel for the Independent Directors have been negotiating the terms of a settlement with plaintiffs' counsel in a related derivative action pending before Hon. John S. Meyer in the San Diego County Superior Court ("Superior Court"), captioned *In re Advanced Marketing Services, Inc. Derivative Litigation*, Case No. GIC824845 (the "state derivative action").

3. On July 5, 2006, counsel for Plaintiff, counsel for AMS, and counsel for the Independent Directors contacted the chambers of Magistrate Judge Battaglia to schedule a settlement status conference, in order to assist the parties in reaching agreement on the final terms of a global settlement.

4. On July 5, 2006, this Court ordered all parties, including plaintiffs' counsel in the state derivative action, to appear on July 14, 2006 at 10:00 a.m. for a settlement status conference before Magistrate Judge Battaglia.

5. On July 5, 2006, following the Court's order scheduling the settlement status conference, counsel for plaintiffs in both actions, counsel for AMS, and counsel for the Independent Directors reached agreement on the remaining terms of a global settlement of both this action and the state derivative action in their entirety. The material terms of the parties' settlement are documented in a Memorandum of Understanding.

6. On July 12, 2006, the parties submitted to the Court a Stipulation requesting that the July 14, 2006 settlement status conference be taken off calendar in light of the parties' agreement to a settlement of the action.

7. On July 14, 2006, this Court issued an order vacating the July 14, 2006 settlement status conference and ordering the parties to appear on August 18, 2006 for a settlement disposition conference.

1

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

Received at: 12:38PM, 8/4/2006

08/04/2006 12:30 FAX                                                                 ☑005/019

8. On July 31, 2006, counsel appeared before the Hon. Roger T. Benitez for a settlement status conference. The purpose of the conference was to seek the Court's advice and consent regarding the procedure by which the parties would seek dismissal of this action in conjunction with the approval by the Superior Court of the settlement and dismissal of the state derivative action. During the hearing, Judge Benitez agreed to the parties' proposed procedure to dismiss this action and for the parties to provide notice to the shareholders of the proposed settlement through the state derivative action and to seek final approval of the settlement by the Superior Court.

9. During the July 31, 2006 hearing, Judge Benitez ordered that this action be dismissed.

10. Because the parties have reached agreement on a global settlement and Judge Benitez has dismissed the action, there is good cause to take off calendar the settlement disposition conference scheduled for August 18, 2006. Therefore, undersigned Counsel for the Parties in the action enter into this stipulation, subject to this Court's approval and Order.

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel as follows: This case has been settled in its entirety, and the Court has ordered that the action be dismissed. Therefore, the settlement disposition conference scheduled for August 18, 2006 is unnecessary and is taken off calendar.

2

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

Received at: 12:38PM, 8/4/2006

08/04/2006 12:31 FAX                                                                   ☒006/019

| | | |
|---|---|---|
| 1 | Dated: August 2, 2006 | FREDERICK W. KOSMO, JR.<br>THERESA O. STEVENSON |
| 2 | | WILSON PETTY KOSMO & TURNER LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Frederick W. Kosmo, Jr.<br>Attorneys for Nominal Defendant |
| 6 | | Advanced Marketing Services, Inc. |
| 7 | Dated: August   , 2006 | SETH ARONSON |
| 8 | | AMY J. LONGO<br>ALLAN D. JOHNSON |
| 9 | | O'MELVENY & MYERS LLP |

By: _____
    Allan D. Johnson
Attorneys for Defendants
Robert F. Bartlett, Lynn S. Dawson,
James A. Leidich, Trygve E. Myhren,
E. William Swanson and Bruce E. Grout

Dated: August   , 2006

DANIEL L. GERMAIN
ROSMAN & GERMAIN LLP

ERIC L. ZAGAR
SCHIFFRIN & BARROWAY LLP

By: _____
    Daniel L. Germain
Counsel for Plaintiffs

---

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

Received at: 12:38PM, 8/4/2006

08/04/2006 12:31 FAX ☒007/019

| | | |
|---|---|---|
| 1 | Dated: August , 2006 | FREDERICK W. KOSMO, JR.<br>THERESA O. STEVENSON<br>WILSON PETTY KOSMO & TURNER LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Frederick W. Kosmo, Jr.<br>Attorneys for Nominal Defendant<br>Advanced Marketing Services, Inc. |
| 6 | | |
| 7 | Dated: August 2, 2006 | SETH ARONSON<br>AMY J. LONGO |
| 8 | | ALLAN D. JOHNSON<br>O'MELVENY & MYERS LLP |
| 9 | | |
| 10 | | By:_____ |
| 11 | | Allan D. Johnson |
| 12 | | Attorneys for Defendants<br>Robert F. Bartlett, Lynn S. Dawson, |
| 13 | | James A. Leidich, Trygve E. Myhren,<br>E. William Swanson and Bruce E. Grout |
| 14 | | |
| 15 | Dated: August , 2006 | DANIEL L. GERMAIN<br>ROSMAN & GERMAIN LLP |
| 16 | | |
| 17 | | ERIC L. ZAGAR<br>SCHIFFRIN & BARROWAY LLP |
| 18 | | |
| 19 | | By:_____ |
| 20 | | - Daniel L. Germain<br>Counsel for Plaintiffs |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Received at: 12:38PM, 8/4/2006
08/04/2006 12:32 FAX
☒008/019
08/02/2006 09:19 310-440-8615 ROSMAN & GERMAIN LLP PAGE 06

| | | |
|---|---|---|
| 1 | Dated: August , 2006 | FREDERICK W. KOSMO, JR. |
| 2 | | THERESA O. STEVENSON |
| | | WILSON PETTY KOSMO & TURNER LLP |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Frederick W. Kosmo, Jr. |
| | | Attorneys for Nominal Defendant |
| 6 | | Advanced Marketing Services, Inc. |
| 7 | Dated: August , 2006 | SETH ARONSON |
| 8 | | AMY J. LONGO |
| | | ALLAN D. JOHNSON |
| 9 | | O'MELVENY & MYERS LLP |
| 10 | | |
| 11 | | By:_____ |
| | | Allan D. Johnson |
| 12 | | Attorneys for Defendants |
| | | Robert F. Bartlett, Lynn S. Dawson, |
| 13 | | James A. Leidich, Trygve E. Myhren, |
| | | E. William Swanson and Bruce E. Grout |
| 14 | | |
| 15 | Dated: August , 2006 | DANIEL L. GERMAIN |
| | | ROSMAN & GERMAIN LLP |
| 16 | | |
| 17 | | ERIC L. ZAGAR |
| | | SCHIFFRIN & BARROWAY LLP |
| 18 | | |
| 19 | | By: /s/ Daniel L. Germain |
| 20 | | Daniel L. Germain |
| | | Counsel for Plaintiffs |

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

| | |
|---|---|
| Dated: August , 2006 | ROBERT E. GOODING, JR.<br>YURI MIKULKA<br>HOWREY SIMON ARNOLD & WHITE<br><br>By: *[signature]* Yuri Mikulka for<br>Robert E. Gooding, Jr.<br>Attorneys for Defendant Charles C. Tillinghast, Jr. |
| Dated: August , 2006 | MICHAEL A. ATTANASIO<br>MARIE WRIGHTEN<br>COOLEY GODWARD LLP<br><br>By:_____<br>Michael A. Attanasio<br>Attorneys for Defendant Michael M. Nicita |
| Dated: August , 2006 | WILLIAM BRANIFF, ESQ<br><br>By:_____<br>William Braniff<br>Attorneys for Defendant Mark J. Flournoy |
| Dated: August , 2006 | JANE HAHN<br>ALISON ADEMA<br>HAHN & ADEMA LLP<br><br>By:_____<br>Alison Adema<br>Attorneys for Defendant Kevan M. Lyon |
| Dated: August , 2006 | ROBERT S. BREWER, JR.<br>CHRISTIAN D. HUMPHREYS<br>MCKENNA LONG & ALDRIDGE LLP<br><br>By:_____<br>Robert S. Brewer, Jr.<br>Attorneys for Defendant Edward J. Leonard |

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: August   , 2006 | ROBERT E. GOODING, JR. |
| 2 | | YURI MIKULKA |
| | | HOWREY SIMON ARNOLD & WHITE |
| 3 | | |
| 4 | | By:_____ |
| | | Robert E. Gooding, Jr. |
| 5 | | Attorneys for Defendant Charles C. |
| 6 | | Tillinghast, Jr. |
| 7 | Dated: August 3, 2006 | MICHAEL A. ATTANASIO |
| | | ~~MARIE WRIGHTEN~~ |
| 8 | | COOLEY GODWARD LLP |
| 9 | | |
| 10 | | By: /s/ M. A. Attanasio |
| | | Michael A. Attanasio |
| 11 | | Attorneys for Defendant Michael M. Nicita |
| 12 | | |
| 13 | Dated: August   , 2006 | WILLIAM BRANIFF, ESQ |
| 14 | | |
| 15 | | By:_____ |
| | | William Braniff |
| 16 | | Attorneys for Defendant Mark J. Flournoy |
| 17 | | |
| 18 | Dated: August   , 2006 | JANE HAHN |
| | | ALISON ADEMA |
| 19 | | HAHN & ADEMA LLP |
| 20 | | |
| 21 | | By:_____ |
| | | Alison Adema |
| 22 | | Attorneys for Defendant Kevan M. Lyon |
| 23 | Dated: August   , 2006 | ROBERT S. BREWER, JR. |
| | | CHRISTIAN D. HUMPHREYS |
| 24 | | MCKENNA LONG & ALDRIDGE LLP |
| 25 | | |
| 26 | | By:_____ |
| | | Robert S. Brewer, Jr. |
| 27 | | Attorneys for Defendant Edward J. Leonard |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: August , 2006 | ROBERT E. GOODING, JR.<br>YURI MIKULKA |
| 2 | | HOWREY SIMON ARNOLD & WHITE |
| 4 | | By:_____ |
| 5 | | Robert E. Gooding, Jr.<br>Attorneys for Defendant Charles C. |
| 6 | | Tillinghast, Jr. |
| 7 | Dated: August , 2006 | MICHAEL A. ATTANASIO |
| 8 | | MARIE WRIGHTEN<br>COOLEY GODWARD LLP |
| 10 | | By:_____ |
| 11 | | Michael A. Attanasio<br>Attorneys for Defendant Michael M. Nicita |
| 13 | Dated: August 3, 2006 | WILLIAM BRANIFF, ESQ |
| 15 | | By: /s/ William Braniff |
| 16 | | William Braniff<br>Attorneys for Defendant Mark J. Flournoy |
| 18 | Dated: August , 2006 | JANE HAHN<br>ALISON ADEMA |
| 19 | | HAHN & ADEMA LLP |
| 21 | | By:_____ |
| 22 | | Alison Adema<br>Attorneys for Defendant Kevan M. Lyon |
| 23 | Dated: August , 2006 | ROBERT S. BREWER, JR. |
| 24 | | CHRISTIAN D. HUMPHREYS<br>MCKENNA LONG & ALDRIDGE LLP |
| 26 | | By:_____ |
| 27 | | Robert S. Brewer, Jr.<br>Attorneys for Defendant Edward J. Leonard |

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

Received at: 12:38PM, 8/4/2006
08/04/2006 12:34 FAX                                                                 ☒012/019
08/03/2006 14:32   6192352101              HAHN                            PAGE  02/02

| | | |
|---|---|---|
| 1 | Dated: August , 2006 | ROBERT E. GOODING, JR.<br>YURI MIKULKA |
| 2 | | HOWREY SIMON ARNOLD & WHITE |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Robert E. Gooding, Jr.<br>Attorneys for Defendant Charles C. |
| 6 | | Tillinghast, Jr. |
| 7 | Dated: August , 2006 | MICHAEL A. ATTANASIO<br>MARIE WRIGHTEN |
| 8 | | COOLEY GODWARD LLP |
| 9 | | |
| 10 | | By:_____ |
| 11 | | Michael A. Attanasio<br>Attorneys for Defendant Michael M. Nicita |
| 12 | | |
| 13 | Dated: August , 2006 | WILLIAM BRANIFF, ESQ |
| 14 | | |
| 15 | | By:_____ |
| 16 | | William Braniff<br>Attorneys for Defendant Mark J. Flournoy |
| 17 | Dated: August 3, 2006 | JANE HAHN |
| 18 | | ALISON ADEMA<br>HAHN & ADEMA LLP |
| 19 | | |
| 20 | | By: /s/ Alison Adema |
| 21 | | Alison Adema<br>Attorneys for Defendant Kevan M. Lyon |
| 22 | | |
| 23 | Dated: August , 2006 | ROBERT S. BREWER, JR.<br>CHRISTIAN D. HUMPHREYS |
| 24 | | MCKENNA LONG & ALDRIDGE LLP |
| 25 | | |
| 26 | | By:_____ |
| 27 | | Robert S. Brewer, Jr.<br>Attorneys for Defendant Edward J. Leonard |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: August  , 2006 | ROBERT E. GOODING, JR.<br>YURI MIKULKA |
| 2 | | HOWREY SIMON ARNOLD & WHITE |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Robert E. Gooding, Jr.<br>Attorneys for Defendant Charles C. |
| 6 | | Tillinghast, Jr. |
| 7 | Dated: August  , 2006 | MICHAEL A. ATTANASIO<br>MARIE WRIGHTEN |
| 8 | | COOLEY GODWARD LLP |
| 9 | | |
| 10 | | By:_____ |
| 11 | | Michael A. Attanasio<br>Attorneys for Defendant Michael M. Nicita |
| 12 | | |
| 13 | Dated: August  , 2006 | WILLIAM BRANIFF, ESQ |
| 14 | | |
| 15 | | By:_____ |
| 16 | | William Braniff<br>Attorneys for Defendant Mark J. Flournoy |
| 17 | | |
| 18 | Dated: August  , 2006 | JANE HAHN<br>ALISON ADEMA |
| 19 | | HAHN & ADEMA LLP |
| 20 | | |
| 21 | | By:_____ |
| 22 | | Alison Adema<br>*Attorneys for Defendant Kevan M. Lyon* |
| 23 | Dated: August ⁄, 2006 | ROBERT S. BREWER, JR.<br>CHRISTIAN D. HUMPHREYS |
| 24 | | MCKENNA LONG & ALDRIDGE LLP |
| 25 | | |
| 26 | | By: /s/ Robert S. Brewer |
| 27 | | Robert S. Brewer, Jr.<br>Attorneys for Defendant Edward J. Leonard |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION
CONFERENCE

Dated: August 3, 2006

JAMES L. SANDERS
BRANDON ROKER
MCDERMOTT WILL & EMERY

By: /s/ Brandon R___
James L. Sanders
Attorneys for Defendants Adam R. Zoldan,
Michael J. Focht and Steven T. Boyle

Dated: August  , 2006

MARC GREENBERG
KEESAL YOUNG & LOGAN

By:_____
Marc Greenberg
Attorneys for Defendant Sandra Miller
Christie

---

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

Dated: August   , 2006

JAMES L. SANDERS
BRANDON ROKER
MCDERMOTT WILL & EMERY

By: _____
    James L. Sanders
Attorneys for Defendants Adam R. Zoldan,
Michael J. Focht and Steven T. Boyle

Dated: August ⸮, 2006

MARC GREENBERG
KEESAL YOUNG & LOGAN

By: _____
    Marc Greenberg
Attorneys for Defendant Sandra Miller
Christie

---

STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18, 2006 SETTLEMENT DISPOSITION CONFERENCE

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS ORDERED; the
August 18, 2006 Settlement Disposition Conference is vacated.

DATED: 8/4/06

Hon. Anthony J. Battaglia
United States Magistrate Judge

LA2:807192.2

## PROOF OF SERVICE

I, Mila D. Sucgang, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071. On August 4, 2006, I served the within document:

**STIPULATION AND [PROPOSED] ORDER RE: AUGUST 18 SETTLEMENT DISPOSITION CONFERENCE**

☒ by transmitting via facsimile machine the document listed above to the fax numbers set forth below on this date. The outgoing facsimile machine telephone number in this office is (213) 430-6407.

☒ by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below (where indicated). I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(See attached Service List)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 4, 2006, at Los Angeles, California.

_____
Mila D. Sucgang

LA2:804981.1

## Service List
### *Dubbert v. Bartlett et al.*
Case No. 05-CV-706 RTB (AJB)

Daniel L. German, Esq.
**ROSMAN & GERMAIN LLP**
815 Moraga Drive
Los Angeles, California 90049-1633
T: (310) 440-8600
F: (310) 440-8615
*Attorneys for Plaintiff Randy Dubbert*

Eric L. Zagar, Esq.
**SCHIFFRIN & BARROWAY LLP**
280 King of Prussia Road
Radnor, PA 19087
T: (610) 667-7706
F: (610) 667-7056
*Attorney for Plaintiff Randy Dubbert*

Frederick W. Kosmo, Jr., Esq.
Theresa O. Stevenson, Esq.
**WILSON PETTY KOSMO & TURNER LLP**
550 West C Street, Suite 1050
San Diego, California 92101
T: (619) 236-9600
F: (619) 236-9669
*Attorneys for Nominal Defendant Advanced Marketing Services, Inc.*

Robert E. Gooding, Jr., Esq.
Yuri Mikulka, Esq.
**HOWREY SIMON ARNOLD & WHITE**
2020 Main Street, Suite 1000
Irvine, California 92614
T: (949) 721-6900
F: (949) 721-6910
*Attorneys for Defendant Charles C. Tillinghast, III*

Robert S. Brewer, Jr., Esq.
Christian D. Humphreys, Esq.
**MCKENNA LONG & ALDRIDGE LLP**
750 B Street, Suite 3300
San Diego, California 92101
T: (619) 595-5400
F: (619) 595-5450
*Attorneys for Defendant Edward Leonard*

Michael A. Attanasio, Esq.
**COOLEY GODWARD LLP**
4401 Eastgate Mall
San Diego, California 92121
T: (858) 550-6000
F: (858) 550-6420
*Attorneys for Michael M. Nicita*

William Braniff, Esq.
121 Broadway, Suite 375
San Diego, California 92101-5006
T: (619) 595-7000
F: (619) 595-7007
*Attorney for Defendant Mark J. Flournoy*

Jane Hahn, Esq.
Alison Adema, Esq.
**HAHN & ADEMA LLP**
501 West Broadway, Suite 1730
San Diego, California 92101
T: (619) 235-2100
F: (619) 235-2101
*Attorney for Defendant Kevan M. Lyon*

LA2:779777.3
7/24/06

Received at: 12:38PM, 8/4/2006

08/04/2006 12:37 FAX                                                                                    ☒019/019

James L. Sanders, Esq.
Brandon Roker, Esq.
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3400
Los Angeles, California 90067-3208
T: (310) 551-9397
F: (310) 277-4730
*Attorneys for Defendants Adam R. Zoldan,
Michael J. Focht, and Steven T. Boyle*

Marc Greenberg, Esq.
Keesal, Young & Logan
400 Oceangate
P.O. Box 1730
Long Beach, California 90801-1730
T: (562) 436-2000
F: (562) 436-7416
*Attorneys for Sandra Miller Christie*

LA2:779777.3
7/24/06