USDC SCAN INDEX SHEET

















JOEH    8/25/06    15:39

3:05-CV-00706   DUBBERT V. BARTLETT

*18*

*NTCCHGADDR.*

1  David A. Hahn, SBN 125784
   Alison P. Adema, SBN 149285
2  HAHN & ADEMA
   501 West Broadway, Suite 1600
3  San Diego, California 92101-8474
   Telephone (619) 235-2100
4  Facsimile (619) 235-2101

5  Attorneys for Defendant
   Kevan M. Lyon

6

7

FILED

06 AUG 24  PH 3: 57

CLERK. U.S. DISTRICT C?? ??
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  RANDY DUBBERT, Derivatively on<br>Behalf of Nominal Defendant<br>11  ADVANCED MARKETING SERVICES,<br>INC.,<br>12            Plaintiff,<br>13  v.<br>14  ROBERT F. BARTLETT, STEVEN T.<br>15  BOYLE, SANDRA MILLER CHRISTIE,<br>LYNN S. DAWSON, MARK J.<br>16  FLOURNOY, MICHAEL J. FOCHT,<br>BRUCE E. GROUT, JAMES A.<br>17  LEIDICH, EDWARD J. LEONARD,<br>KEVAN M. LYON, TRYGVE E.<br>18  MYHREN, MICHAEL M. NICITA, E.<br>WILLIAM SWANSON, CHARLES C.<br>19  TILLINGHAST, AND ADAM R.<br>ZOLDAN,<br>20            Defendants,<br>21  And<br>22  ADVANCED MARKETING SERVICES,<br>INC.,<br>23            Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 05-CV-0706 BEN (AJB)

**NOTICE OF CHANGE OF CONTACT
ATTORNEY**

Judge:          Hon. Roger T. Benitez

24  ///

25  ///

26  ///

27  ///

28  ///

ORIGINAL

1   TO THE COURT AND ALL PARTIES, INTERESTED PERSONS AND ATTORNEYS:

2          PLEASE BE ADVISED that all notices and communications to Kevan Lyon should no

3   longer be directed to:

4          Jane Hahn
            Hahn & Adema
5          501 West Broadway, Suite 1600
            San Diego, CA  92101
6          Telephone: (619) 235-2100

7          Instead, please direct all notices and communications as follows:

8          David A. Hahn
            Alison P. Adema
9          Hahn & Adema
            501 West Broadway, Suite 1600
10         San Diego, CA  92101
            Telephone: (619) 235-2100

11

12   Dated:     August **24**, 2006        **HAHN & ADEMA**

13

14                          By:     _David A. Hahn_

15                             David A. Hahn
                              Alison P. Adema
16                             Attorneys for Defendant
                              Kevan Lyon

17

18

19

20

21

22

23

24

25

26

27

28

2

Dubbert v. Bartlett, et al.
USDC Case No. 05-CV-0706 BEN (AJB)

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1600, San Diego, California 92101-8474.

On August 24, 2006, I served the within documents:

1.   **NOTICE OF CHANGE OF CONTACT ATTORNEY**

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The outgoing facsimile machine telephone number in this office is (619) 235-2101. The transmission was reported as complete and without error. A copy of the record of the fax transmission is attached

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐    by transmitting the document(s) listed above via electronic transmission to the addressee(s) as set forth below from electronic notification address sfrost@hahnadema.com. The transmission was reported completed without error.

### SEE ATTACHED LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on August 24, 2006, at San Diego, California.

    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

_Sue Frost_
Sue Frost

Dubbert v. Bartlett, et al.
PROOF OF SERVICE

Case No. 05-CV-0706 BEN (AJB)

## SERVICE LIST

Daniel L. Germain, Esq.
ROSMAN AND GERMAIN
815 Moraga Drive
Los Angeles, CA  90049
Tel:    310-440-8600
Fax:    310-440-8615
Counsel for Plaintiff

Frederick W. Kosmo, Jr., Esq.
Theresa O. Stevenson, Esq.
WILSON PETTY KOSMO
& TURNER LLP
550 West C Street, Suite 1050
San Diego, CA  92101
Tel:    619-236-9600
Fax:    619-236-9669
Counsel for Advanced Marketing
Services, Inc.

Robert S. Brewer, Jr. Esq.
Christian D. Humphreys, Esq.
MCKENNA LONG & ALDREDGE LLP
750 B Street, Suite 3300
San Diego, CA  92101
Tel:    619-595-5400
Fax:    619-595-5450
Counsel for Edward J. Leonard

Seth Aronson, Esq.
Amy J. Longo, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
Tel:    213-430-6000
Fax:    213-430-6407
Counsel for Robert F. Bartlett, Lynn S.
Dawson, James A. Leidich, Trygve E.
Myhren, E. William Swanson and Bruce E.
Grout

Robert E. Gooding, Jr., Esq.
Yuri Mikulka, Esq.
HOWREY SIMON ARNOLD & WHITE
2020 Main Street, Suite 1000
Irvine, CA  92614
Tel:    949-721-6900
Fax:    949-721-6910
Counsel for Charles C. Tillinghast, III

Michael A. Attanasio, Esq.
Marie Leggon Wrighten, Esq.
COOLEY GODWARD LLP
4401 Eastgate Mall
San Diego, CA  92121
Tel:    858-550-6000
Fax:    858-550-6240
Counsel for Michael M. Nicita

James Sanders, Esq.
McDERMOTT WILL AND EMERY
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Tel:    310-277-4110
Fax:    613-277-4730
Counsel for Steven T. Boyle

William Braniff, Esq.
Law Offices of William Braniff
121 Broadway, Suite 375
San Diego, CA  92101
Tel:    619-595-7000
Fax:    619-
Counsel for Mark J. Flournoy